STATE of Missouri, Respondent,

v.

Thomas R. DOYLE, Appellant.

WD 78120

Missouri Court of Appeals,
Western District.

ORDER FILED: December 29, 2015

Rosalynn Koch, Columbia, MO, for Appellant.

Gregory L. Barnes, Jefferson City, MO, for Respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

Thomas R. Doyle appeals his conviction of child molestation in the first degree following a jury trial. Doyle asserts that the trial court erred in excluding evidence and in allowing the State to make a rebuttal argument that asked the jury to draw an adverse inference from the absence of the excluded evidence. Finding no error, we affirm. Rule 30.25(b).